IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                               )
CORY S. MEISTER,               )
                               )
          Plaintiff,           )
                               )
v.                             )    Civil Action No. 06-0295
                               )
NEXTEL RETAIL STORES, LLC,     )
                               )
          Defendant.           )
_____)
```

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss Count II of Plaintiff's Complaint. It appearing to the Court that Count II of Plaintiff's Complaint "state[s] a claim upon which relief may be granted," Fed. R. Civ. P. 12(b)(6), it is hereby

ORDERED that Defendant's Motion to Dismiss Count II of Plaintiff's Complaint is DENIED.

```
                              /s/
                        _____
                        CLAUDE M. HILTON
                        UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
May 12, 2006